CARROLL B. STOIANOFF, Appellant, v CONSOLIDATED EDISON CO. OF NEW YORK, INC., Respondent.

Submitted August 6, 2007; decided October 23, 2007

Reported below, 16 Misc 3d 128(A).

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this

motion for leave to appeal from the order of the Appellate Term (*see* NY Const, art VI, § 3 [b]; CPLR 5602).